**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

JAMES LYNN,

    Petitioner,

v.

WARDEN ANTOINE G. CALDWELL,

    Respondent.

CIVIL ACTION NO.: 6:18-cv-123

**O R D E R**

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 11). Petitioner James Lynn ("Lynn") did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Lynn's 28 U.S.C. § 2241 Petition, (docs. 1, 7), **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and **CLOSE** this case, and **DENIES** Lynn *in forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this 23rd day of April, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA