# United States District Court
## Southern District of Georgia

JAMES LYNN,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:18-cv-123

WARDEN ANTOINE G. CALDWELL,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order entered April 23, 2019, adopting the Magistrate Judge's Report and Recommendation as the opinion of this Court, the 2254 Petition is dismissed without prejudice. This action stands closed.

Approved by: _____

April 29, 2019
Date

Scott L. Poff
Clerk

_____
(By) Deputy Clerk